Harold J. Green, plaintiff in error, v. Margareth Jarosz, also known as Margaret Sarossy, defendant in error. Gen. No. 37,190.

Opinion filed February 13, 1935.

David H. Sokolow, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Herman H. Becker, defendant in error, v. Charles A. Beck et al., plaintiffs in error. Gen. No. 37,219.

Opinion filed February 13, 1935. Rehearing denied February 25, 1935.

Fred W. Story, for plaintiffs in error. Richard S. Folsom and Jacob G. Grossberg, for defendant in error.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Dora Swidler, appellee, v. Tower Automobile Corporation, appellant. Gen. No. 37,239.

Opinion filed February 13, 1935.

Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; Herbert M. Lautmann and Jesse H. Brown, of counsel. Gold & Liebman, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.